HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916-498-5700
Fax: 916-498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ORLANDO BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:23-mj-00074-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | EXONERATE BOND |
| v. | ) | |
| | ) | |
| ORLANDO BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, that Mr. Brown's conditions of release may be modified to remove the

$700,000 bond secured by the title of two properties (ECF 13). One property is in Richmond,

New York and the other in Orlando, Florida in the bond package. The US Attorney's office is in

agreement with the requested modification.

Mr. Brown has finished his pretrial release and served his sentence. The US Attorney's

office is in agreement with the proposed modification removing the $700,000 secured bond,

permitting the exoneration of the bond package so that the titles can be returned to the owner,

Mr. Horace Campbell.

//

//

Stipulation to Exonerate Bond                                          -1-

1  Dated: July 26, 2024                              Respectfully submitted,

2                                                     HEATHER E. WILLIAMS
                                                      Federal Public Defender
3
                                                      /s/ Douglas Beevers
4                                                     DOUGLAS BEEVERS
                                                      Assistant Federal Defender
5                                                     Attorney for Defendant
                                                      ORLANDO BROWN
6

7                                                     Respectfully submitted,
                                                      PHILLIP A. TALBERT
8                                                     United States Attorney

9

10  Dated:  July 26, 2024                             /s/ Kristin Faye Scott
                                                      KRISTIN FAYE SCOTT
11                                                    Assistant United States Attorneys
                                                      Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Exonerate Bond                    -2-

**O R D E R**

The Court hereby grants the request to reconvey real properties located at the following addresses and described as follows:

- HORACE B CAMPBELL INVESTMENT PROPERTIES LLC, A FLORIDA LIMITED LIABILITY COMPANY - 7909 HAWK CREST LANE, ORLANDO, FL 32818 THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ORLANDO, COUNTY OF ORANGE, STATE OF FLORIDA AND IS DESCRIBED AS FOLLOWS: LOT 5, ROBINSON HILLS, UNIT 1, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 49, PAGE 92, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.; and

- HORACE CAMPBELL, N.Y. BEACON RESOURCES, INC., A DOMESTIC PARTNERSHIP - 13206 97TH AVENUE, JAMAICA, NY 11419 - ATTACHMENT A THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF JAMAICA, COUNTY OF QUEENS, STATE OF NEW YORK AND IS DESCRIBED AS FOLLOWS: ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE BOROUGH AND COUNTY OF QUEENS, CITY AND STATE OF NEW YORK, BEING KNOWN AND DESIGNATED AS AND BY LOT NO. 227 IN BLOCK 12 ON A CERTAIN MAP ENTITLED, "MAP OF LANDS AS WEST JAMAICA, QUEENS COUNTY, N.Y. THE PROPERTY OF F. W. DUNTON, JOHN J. MCLAUGHLIN, C.E. AND C.S. DATED JULY 19, 1988 AS MAP NO. 300, BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING ON THE SOUTHERLY SIDE OF 97TH AVENUE (BEAUFORT AVENUE BEAUFORT STREET) DISTANT 50.05 FEET, U.S.S. (50.0 FEET LMS) EASTERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE

SOUTHERLY SIDE OF 97TH AVENUE AND THE EASTERLY SIDE OF 132NDSTREET (ATFIELD AVENUE); RUNNING THENCE EASTERLY ALONG THE SOUTHERLY SIDE OF 97TH AVENUE 25.03 FEET, U.S.S. (25.0 FEET LMS): THENCE SOUTHERLY PARALLEL TO THE EASTERLY SIDE OF 132ND STREET 100.10 FEET U.S.S. (100.0 FEET, LMS);

THENCE WESTERLY PARALLEL TO THE SOUTHERLY SIDE OF 97TH AVENUE 25.03 FEET, U.S.S. (25.0 FEET, LMS);

EASTERLY SIDE OF 132ND STREET TO THE SOUTHERLY SIDE OF 97TH BEGINNING .

THENCE NORTHERLY AGAIN PARALLEL TO THE EASTERLY SIDE OF 132ND STREET 100.10 FEET, U.S.S. (100.0 FEET, LMS) TO THE SOUTHERLY SIDE OF 97TH AVENUE AT THE POINT OR PLACE OF BEGINNING

posted to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to complete a deed of reconveyance of real property to Horace Cambell and list the description of the properties on the reconveyance as listed above.

DATED:   July 26, 2024

HONORABLE CHI SO KIM
United States Magistrate Judge
Eastern District of California